Marty B. Ready, Esq. (SBN 239135)
David J. Aveni, Esq. (SBN 251197)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile:  (619) 321-6201
E-mail: marty.ready@wilsonelser.com
      david.aveni@wilsonelser.com

Attorneys for Defendant,
RENOVA ENERGY CORP.

## UNITED STATES DISTRCT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENOVA ENERGY CORP., | Case No. 1:22-at-604 |
| Plaintiff, | **COMPLAINT** |
| v. | |
| SALVADOR CUEVAS; RENOVA HOME IMPROVEMENTS; RENOVA HOME ENERGY SOLUTIONS, INC.; RENOVA ENERGY EFFICIENCY, INC.; AND RENOVA ENTERPRISES, | Action filed: Trial: TBD District Judge: Magistrate Judge: |
| Defendants. | |

Plaintiff, Renova Energy Corp. ("Plaintiff"), by and through its undersigned counsel, asserts this Complaint for damages and injunctive relief against Defendants Salvador Cuevas; Renova Home Improvements; Renova Home Energy Solutions, Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprises (collectively referred to as "Defendants"), and in support thereof, makes the following allegations:

/ / /

/ / /

273962290v.1

## <u>NATURE OF THE ACTION</u>

1.      This is an action for trademark infringement and unfair competition brought pursuant to the laws of the United States and the State of California. Plaintiff brings this action under the Lanham Act, including 15 U.S.C. § 1114 (Infringement); 15 U.S.C. § 1114(1)(a) (Trademark Counterfeiting); 15 U.S.C. § 1116 (Injunctive Relief); 15 U.S.C. § 1117 (Attorney Fees and Treble Damages); and 15 U.S.C. § 1125(a)(1)(A) (Unfair Competition).

2.      In willful and knowing violation of Plaintiff's rights under state and federal law, Defendants have and continue to infringe upon Plaintiff's federally registered trademarks, unfairly compete with Plaintiff, deceive consumers, and damage Plaintiff's valuable goodwill and brand recognition.

3.      Defendants' infringement is ongoing and causing irreparable harm to Plaintiff.

## <u>PARTIES</u>

4.      Plaintiff Renova Energy Corp. is a California corporation with its principal place of business at 75-181 Mediterranean Avenue, Palm Desert, California 92502.

5.      On information and belief, Salvador Cuevas is an adult individual residing in Madera, California, and is the principal of the defendant entities.

6.      On information and belief, Renova Home Improvements, Renova Home Energy Solutions, Inc., Renova Energy Efficiency, Inc., and Renova Enterprises are each California entities with the same principal place of business at 4991 East Mckinley Avenue, Suite 118, Fresno, California 93727

/ / /

/ / /

/ / /

273962290v.1

## JURISDICTION AND VENUE

7.    This Court has jurisdiction over all aspects of this action pursuant to: (a) 15 U.S.C. § 1121 and 28 U.S.C. § 1331, in that this action arises under the Constitution and laws of the United States, more specifically, the Lanham Act, Title 15 of the United States Code (the "Lanham Act"); and (b) 28 U.S.C. § 1338, in that this is a civil action arising under an Act of Congress relating to trademarks, more specifically the Lanham Act, and supplemental jurisdiction over state law claims.

8.    This Court has personal jurisdiction over the Defendants by virtue of Defendants transacting, doing, and soliciting business in this District, because a substantial part of the relevant events occurred in this district, and because Defendants have infringed, contributed to the infringement of, and/or actively induced others to infringe Plaintiff's trademark in this District. Moreover, Defendants continues to infringe, contribute to the infringement of, and/or actively induce others to infringe Plaintiff' trademarks in this district.

9.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the claims arose in this District and the Defendants are located in this District.

## FACTS SUPPORTING CLAIMS

### A.    Background on Plaintiff.

10.    Plaintiff is a leading solar installation company. Founded in 2006, Plaintiff has grown to a company with over 250 employees.

11.    Plaintiff is an award-winning company with expertise installing solar systems and batteries.

12.    Plaintiff prides itself on being of national-caliber with a local commitment. As a result, Plaintiff was the first in the country to be accredited by the North American Board of Certified Energy Practitioners (NABCEP) and remains one of only eleven in the nation.

13.    Plaintiff is the owner of the federally registered mark RENOVA, U.S.

273962290v.1

Reg. No. 4955575 ("the '575 Registration"). A true and correct copy of the registration certificate is attached here to as Exhibit A.

14.     The '575 Registration covers the following goods and services:

Class 35: Energy usage management services; Conducting energy audits of commercial and institutional facilities for the purpose of improving energy efficiency; Home energy assessment services for the purpose of determining energy efficiency or usage management; Promoting public awareness about energy conservation and renewable energy sources; Project management services for others for business purposes for the analysis and implementation of projects in the field of renewable energy.

Class 37: Installation, maintenance, and repair of renewable energy generation equipment; Home energy assessment services for the purpose of determining home improvements needed to improve energy use and efficiency; Construction project management services in the field of construction of renewable energy generation equipment.

Class 41: Educational services, namely, providing classes, courses, seminars, and on-site and field training concerning solar energy principles, practices, technologies, and installation of solar and renewable energy sources.

Class 42: Technical consulting services provided to businesses and local governments in the field of the development of solar and renewable energy resources.

15.     Plaintiff is the owner of the federally registered mark renova, U.S. Reg. No. 4166527 ("the '527 Registration"). A true and correct copy of the registration certificate is attached here to as Exhibit B.

16.     The '527 Registration covers the following goods and services:

Class 37: Installation of solar photovoltaic equipment, excluding computer repair services.

/ / /

273962290v.1

Class 41: Educational services, namely, providing classes, courses, seminars, and on-site and field training regarding solar photovoltaic principles, practices, and technologies.

17.  Plaintiff's use of both RENOVA and RENOVA (and Design) in U.S. commerce in connection with the above-identified goods and services commenced at least as early as November 3, 2007.

18.  In addition, Plaintiff has filed the following applications with the USPTO, which are currently pending:

| Serial Number | Mark | Goods and Services | Status |
|---|---|---|---|
| **88923707** | RENOVA | IC 006. US 002 012 013 014 023 025 050. G & S: Roofing, of metal, incorporating solar cells; roofing of metal, incorporating solar cells, namely, metal solar tiles<br><br>IC 009. US 021 023 026 036 038. G & S: Secure localized uninterruptable electric power supplies and distribution systems comprised of off-grid power and deep cycle battery storage systems comprised of batteries, charge controllers and inverters with integrated LED bulbs and LED light fixtures and solar powered electricity generation units for solar, thin-film solar | Notice of Allowance Issued |

273962290v.1

| | | | |
|---|---|---|---|
| | | (TFS), photovoltaic, hydro-generated, turbine-generated and vertical axis wind turbine (VAWT)) installations; photovoltaic solar modules for production of electricity; building-integrated photovoltaic solar modules for production of electricity

IC 019. US 001 012 033 050. G & S: Roofing, not of metal, incorporating solar cells; roofing, not of metal, incorporating solar cells, namely, non-metal solar tiles

IC 037. US 100 103 106. G & S: Installation, maintenance and repair of secure localized electric power supply and distribution systems which are protected from manmade and natural disruptions; installation, maintenance and repair of roofing incorporating solar cells; installation, maintenance, and repair of building-integrated photovoltaic systems and modules; storage of personalized energy, namely, solar for residences and businesses; storage of personalized energy, | |

COMPLAINT

| | | | |
|---|---|---|---|
| | | namely, utility and private grid-tied, solar photovoltaic, wind-generated, hydro-generated, turbine-generated and other electric storage power sources for residences and businesses<br><br>IC 042. US 100 101. G & S: Design and consultation for others in the field of secure localized electric power supply and distribution systems which are protected from manmade and natural disruptions; monitoring of personalized energy systems for residences and businesses to ensure proper functioning of systems; design and development of solar photovoltaic systems and building-integrated photovoltaic systems | |
| 88923737 | RENOVA ENERGY | | |
| 90307951 | RENOVAROOFS | | |
| 90307982 | RENOVAPLUS | | |

273962290v.1

| **97317657** | RENOVA ENERGY | | |
|---|---|---|---|

19.     Plaintiff has invested significantly in advertising and marketing, and has acquired significant fame in its name, RENOVA. The RENOVA name and reputation are well known to consumers, and Plaintiff enjoys stellar ratings on Yelp! and SolarReviews.

**B.     Defendants' Wrongful Acts.**

20.     Defendant Renova Home Improvements and its principal, Defendant Salvador Cuevas, operate an "Air conditioning, Window installation, Roofing, and Solar" company and maintain a website promoting its services at https://renovahomeimprovements.com.

21.     Defendant Renova Home Improvements and its principal, Defendant Salvador Cuevas, advertise and market its services on social media platforms including Facebook and Yelp!.

22.     On its website and social media platforms, Defendant Renova Home Improvements advertises solar installation services, including estimates and evaluations.  Attached as Exhibit C is a printout of Defendant Renova Home Improvements Solar services advertised through its website.

23.     On information and belief, Defendant Salvador Cuevas formed Defendant entities Renova Home Energy Solutions, Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprises to further expand the home energy efficiency offerings of Defendant Renova Home Improvements and broaden its branding and advertising.

24.     Defendants have previously and are presently using Plaintiff's marks covered by the '525 and '527 Registrations in commerce in connection with the sale, offering for sale, and advertising of services marketed under the Renova Home Improvement tradename, and on information and belief, the tradenames Renova

8
COMPLAINT

Home Energy Solutions, Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprises.

25.     Defendants' use of Plaintiff's marks cause consumer confusion, mistake, and deception as to affiliation, connection, or association with Plaintiff. As result, Defendants' use causes confusion as to the origin, or falsely designates the origin, sponsorship or approval of Defendants' services by Plaintiff thereby constituting false designation of origin and unfair competition.

26.     Plaintiff's and Defendants' goods and services are identical as each provides roofing and solar installation and related services.

27.     Plaintiff's and Defendants' customers are the same as they each provide roofing and solar installation and related services to residential and commercial consumers.

28.     Plaintiff's and Defendants' use similar forms of advertising media including via the internet and social media platforms such as Facebook and Yelp!.

29.     Plaintiff made Defendants aware of its infringing use of its mark in or about November 2021. Defendants therefore knew of Plaintiff's mark and have continued to use the infringing marks in willful acts of infringement.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

### Trademark Infringement

### Under Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a)

30.     Plaintiff repeats, reiterates, and realleges the allegations set forth in the preceding paragraphs fully herein to the extent consistent with the relief requested in this section.

31.     Plaintiff is the owner of valid and subsisting U.S. registrations.  All of these registered trademarks are incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065.

/ / /

COMPLAINT

273962290v.1

32.    Without Plaintiff's consent, Defendants have used and continue to use in commerce a reproduction, counterfeit, copy or colorable imitation of the above registered Marks in connection with the offering for sale, sale, distribution and advertising of roofing and solar installation and related services, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a).

33.    As a result of the actions of Defendants alleged above, the Marks and Plaintiff's goodwill have been damaged and will continue to be damaged, which in turn has caused and will continue to cause Plaintiff substantial monetary damages.

34.    Plaintiff is entitled to injunctive relief under 15 U.S.C. § 1116(a).

35.    Plaintiff is entitled to recover Defendants' profits, Plaintiff's damages, and the costs of this action.  15 U.S.C. § 1117(a).  Based upon the circumstances of this action, Plaintiff is further entitled to recover an amount of damages that is three times the amount of Defendants' profits or Plaintiff's damages, whichever is greater. Further, at Plaintiff's election, Plaintiff is entitled to recover, in lieu of the above profits and damages, the amount of $2,000,000.00 per counterfeit mark per type of services and/or goods sold, offered for sale or distributed by Defendants, as the Court considers just.  15 U.S.C. § 1117(b)-(c).

36.    This is an exceptional case that merits an award of reasonable attorney fees to Plaintiff under 15 U.S.C. § 1117(a)-(b).

37.    Defendants' aforesaid acts are likely to cause confusion, mistake or deception with the Marks.

38.    Defendants' aforesaid acts are greatly and irreparably damaging to Plaintiff and will continue to damage Plaintiff.

/ / /

/ / /

/ / /

/ / /

COMPLAINT

273962290v.1

## SECOND CAUSE OF ACTION

### Trademark Infringement, False Designation of Origin, and Unfair Competition

### Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)

39.    Plaintiff repeats, reiterates, and realleges the allegations set forth in the preceding paragraphs fully herein to the extent consistent with the relief requested in this section.

40.    Plaintiff is the owner of valid and subsisting U.S. registrations on the Marks identified above.

41.    Defendants have used in commerce one or more words, terms, names, symbols or devices and combinations thereof and/or false descriptions of origin that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff and/or as to the origin, sponsorship, or approval of the services and products and commercial activities of Defendants, and thus constitute trademark infringement, false designation of origin, and unfair competition with respect to the Marks, in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

42.    The actions of Defendants described above have at all times relevant to this action been willful and intentional.

43.    As a result of Defendants' actions, Plaintiff has been damaged and will continue to be damaged.

44.    Plaintiff is entitled to injunctive relief under 15 U.S.C. § 1116(a).

45.    Plaintiff is entitled to recover Defendants' profits, Plaintiff's damages (in an amount to be trebled), and the costs of this action.  15 U.S.C. § 1117(a).

46.    This is an exceptional case that merits an award of reasonable attorney fees to Plaintiff under 15 U.S.C. § 1117(a).

/ / /

/ / /

273962290v.1

## APPLICATION FOR PERMANENT INJUNCTION

47. Plaintiff repeats, reiterates, and realleges the allegations set forth in the preceding paragraphs fully herein to the extent consistent with the relief requested in this section.

48. On information and belief, Defendants, unless enjoined, will continue to misrepresent to or mislead the public into believing that its services are sponsored by, approved by, affiliated with, associated with, or originated by Plaintiff and infringe the Marks by using those marks or confusingly similar variations thereof to identify Defendants' competitive real estate services. All of these actions violate the Lanham Act.

49. These actions entitle Plaintiff to a permanent injunction, upon hearing, enjoining Defendants and its officers, agents, servants, employees, franchisees, and attorneys, and all persons in active concert or in participation with Defendants from:

(a) Representing Defendants' services are in any way sponsored by, approved by, affiliated with, or originated by Plaintiff;

(b) Representing that Defendants are Plaintiff;

(c) Using any of the Marks or any confusingly similar variation thereof, alone or in combination with other words, as a trademark, service mark, corporate name, trade name, name component, domain name or domain name component, or to otherwise market, advertise, or identify Defendants' services; and

(d) Otherwise competing unfairly with Plaintiff or injuring its business reputation in any manner.

50. For these actions, there is no adequate remedy at law. Further, Plaintiff is substantially likely to prevail on the merits of these claims. The injury to Plaintiff greatly outweighs any injury to Defendants that the requested injunction may cause. The balance of hardships tips strongly in favor of Plaintiff. Finally, the injunction will not disserve the public interest. Therefore, Plaintiff is entitled to permanent

273962290v.1

injunctive relief against Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court enter judgment in its favor on each and every claim for relief set forth above and award it relief against Defendants including, but not limited to:

(1)     Actual, treble, and exemplary damages;

(2)     In accordance with 15 U.S.C. § 1116, issue a permanent injunction enjoining Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants from the acts described in this Complaint;

(3)     Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants to identify all third parties to whom Defendants have represented an ownership, affiliation, association, or sponsorship with the Marks and to whom Defendants have distributed any type of materials incorporating the Marks;

(4)     Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants to identify all other outdoor advertisement signs containing the Marks;

(5)     Order Defendants to provide an accounting of all sales, revenues, and profits related to Defendants' services that infringe the Marks and that are falsely designated as being sponsored by, approved by, affiliated with, or associated with Plaintiff;

(6)     In accordance with 15 U.S.C. § 1118, order all materials in Defendants' possession or control bearing the Marks be surrendered for destruction;

/ / /

273962290v.1

(7)    In accordance with 15 U.S.C. §§ 1117(a) and (d), award Plaintiff all of Defendants' profits from the aforesaid acts of trademark infringement, and unfair competition;

(8)    In accordance with 15 U.S.C. §§ 1117(b) and (c), award Plaintiff the maximum statutory damages for Defendants' counterfeiting of the Marks.

(9)    In accordance with 15 U.S.C. § 1117(a), find this case to be exceptional in Plaintiff' favor and award Plaintiff its reasonable attorney's fees, costs, and expenses of this action;

(10)    Award Plaintiff its costs and pre-judgment and post-judgment interest at the maximum allowable interest rate; and

Grant Plaintiff such other relief, at law or in equity, to which it is justly entitled.


Dated:  August 10, 2022            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


                        By:    */s/ Marty B. Ready*
                             Marty B. Ready, Esq.
                             David J. Aveni, Esq.
                             Attorneys for Defendant
                             RENOVA ENERGY CORP.

273962290v.1

# EXHIBIT "A"

# EXHIBIT "A"

# United States of America

## United States Patent and Trademark Office

# RENOVA

**Reg. No. 4,955,575**

**Registered May 10, 2016**

**Corrected Dec. 28, 2021**

**Int. Cl.: 35, 37, 41, 42**

**Service Mark**

**Principal Register**

Renova Energy Corp.  (CALIFORNIA CORPORATION)
75181 Mediterranean Avenue
Palm Desert, CALIFORNIA 92260

CLASS 35: Energy usage management services; Conducting energy audits of commercial and institutional facilities for the purpose of improving energy efficiency; Home energy assessment services for the purpose of determining energy efficiency or usage management; Promoting public awareness about energy conservation and renewable energy sources; Project management services for others for business purposes for the analysis and implementation of projects in the field of renewable energy

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

CLASS 37: Installation, maintenance, and repair of renewable energy generation equipment; Home energy assessment services for the purpose of determining home improvements needed to improve energy use and efficiency; Construction project management services in the field of construction of renewable energy generation equipment

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

CLASS 41: Educational services, namely, providing classes, courses, seminars, and on-site and field training concerning solar energy principles, practices, technologies, and installation of solar and renewable energy sources

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

CLASS 42: Technical consulting services provided to businesses and local governments in the field of the development of solar and renewable energy resources

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-764,741, FILED 09-22-2015



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS)  Correspondence  Address and Change  of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT "B"

# EXHIBIT "B"



# United States of America

## United States Patent and Trademark Office

# renOva

**Reg. No. 4,166,527**

**Registered Jul. 03, 2012**

**Renewal Term Begins Jul. 03, 2022**

**10 Year Renewal/Corrected**

**Int. Cl.: 37, 41**

**Service Mark**

**Principal Register**

VINCENT BATTAGLIA REVOCABLE TRUST  (CALIFORNIA TRUST)
75181 MEDITERRANEAN AVENUE
PALM DESERT, CALIFORNIA 92211

CLASS 37: Installation of solar photovoltaic equipment, excluding computer repair services

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

CLASS 41: Educational services, namely, providing classes, courses, seminars, and on-site and field training regarding solar photovoltaic principles, practices, and technologies

FIRST USE 11-3-2007; IN COMMERCE 11-3-2007

The mark consists of the word "RENOVA" in a stylized font with the letter "O" in the shape of a circular arrow.

SER. NO. 85-235,226, FILED 02-06-2011

Director of the United States Patent and Trademark Office
Under Secretary of Commerce for Intellectual Property and
Performing the Functions and Duties of the

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT "C"

# EXHIBIT "C"





# CUT YOUR ENERGY BILL TODAY WITH SOLAR!

Now you can afford to run your A/C! Get a quote today for solar installation.

**100% FINANCING AVAILABLE**









## HOW IT WORKS

# SOLAR THAT PAYS FOR ITSELF



ALL OUR SOLAR SERVICES ARE BACKED BY OUR COOL FOR LIFE GUARANTEE.

## ⭐ COOL HOME ESTIMATE

We'll get you a free quote for a solar installation at a low monthly cost, and estimate your new electricity bill, (if you'll have one at all.)

 ### 1 DAY INSTALL

We'll install your solar panels in just one day! From roof prep to mounting the panels, we take care of everything.

### "FREE" ELECTRICITY

Have confidence running the A/C in our hot Fresno Valley summers. Our solar panels often wipe out your electric bill.



# NOT SURE WHAT YOU NEED?

Learn what type of solar is best for your home.

GET STARTED



### OUR TRACK RECORD

# WE'VE SAVED OUR CUSTOMERS FROM THOUSANDS OF 100+ DEGREE DAYS

From Bakersfield to Modesto, we've helped thousands of customers install roofs, and saved them from over 7,000 days of 100-degree heat.

#### 100% FINANCING AVAILABLE

### WE'VE HELPED THOUSANDS OF PEOPLE IN FRESNO VALLEY

## AND THEY COULD EASILY AFFORD IT.

Case 1:22-cv-00999-JLT-EPG    Document 4    Filed 08/11/22    Page 28 of 35

*Everything went great. From beginning to end, no problems. Fast, affordable,*

*great service."*

**RYAN J.**

# LET'S GET YOU SOME SOLAR

**100% FINANCING AVAILABLE**



## COOL HOME ESTIMATE

# THE PERFECT SIZED SOLAR UNIT AT THE RIGHT PRICE.

We'll give you a low cost, free estimate for the perfect number of solar panels to wipe out your electricity bill while letting you run your A/C in our hot Fresno Valley summers.



**1 DAY INSTALL**

# NO HASSLE INSTALLATION. WE TAKE CARE OF EVERYTHING.

Prepping the roof, mounting and connecting the panels takes other installers multiple days. We're in and out in 1 day!

# "FREE" ELECTRICITY



# WIPE OUT YOUR ELECTRIC BILL AND KEEP YOUR HOME COOL.

It's no secret our summers in Fresno Valley are brutal. Make the sun your friend and generate all the electricity you need to keep your home cool.



## QUALITY YOU CAN TRUST

# ALL RENOVA SOLAR INSTALLATIONS ARE BACKED BY OUR COOL FOR LIFE GUARANTEE

*Click here to learn more*

# "SURE SON... OF COURSE, YOU CAN TURN ON THE AIR CONDITIONER"

At Renova, we know you want to keep your home cool during the brutal summer months we experience here in Fresno, and our surrounding service areas like Modesto, Visalia, and Bakersfield. But we also understand it's expensive!

No one should experience that feeling when it comes time to turn on the air conditioner, but you hesitate because of the cost.

Here's how we solve that:

**SEE MORE**

GET A QUOTE



4991 E McKinley STE 118 Fresno, CA 93727 Phone: 559.266.4500

  

© 2022 Renova Home Improvements. All rights reserved. CA License# 1025111