UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENOVA ENERGY CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR CUEVAS, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00999-JLT-EPG<br><br>ORDER EXTENDING TIME TO COMPLETE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)<br><br>(ECF No. 20) |

　　　　Plaintiff Renova Energy Corp. filed its complaint on August 11, 2022, alleging claims under the Lanham Act, which stem from the alleged use of marks registered to Plaintiff by Defendants Salvador Cuevas; Renova Home Improvements; Renova Home Energy Solutions; Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprise. (ECF No. 4).

　　　　After any Defendant failed to appear, Plaintiff moved for default judgment. (ECF No. 12). On March 9, 2023, this Court recommended that the motion be denied without prejudice because Plaintiff failed to show that it had served any Defendant. (ECF No. 16). On April 11, 2023, the presiding District Judge adopted the findings and recommendations and referred the matter back for further proceedings. (ECF No. 18).

　　　　Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure,

1

the court must extend the time for service for an appropriate period." *Id.*

With Plaintiff having failed to serve any Defendant within the 90-day period provided by Rule 4(m), the Court issued an order on April 12, 2023, directing Plaintiff to show cause why this action should not be dismissed without prejudice for failure to timely complete service. (ECF No. 19). Plaintiff has timely responded, stating that it "diligently pursued timely service and used a reputable process server to accomplish proper service on Defendants" despite ultimately failing to establish proper service. (ECF No. 20). Plaintiff further states that it has begun attempting to serve Defendants and requests an additional 30 days to complete service.

Upon review of Plaintiff's response, IT IS ORDERED as follows:

1. The Court discharges its show cause order. (ECF No. 19).
2. Plaintiff is granted an extension to May 26, 2023, to serve Defendants.
3. Plaintiff is advised that failure to complete proper service within this time may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 27, 2023**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE