# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENOVA ENERGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SALVADOR CUEVAS, et al., <br><br> Defendants. | Case No. 1:22-cv-00999-JLT-EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL <br><br> (Doc. 35) |

Plaintiff Renova Energy Corp. moves for default judgment against Defendants Salvador Cuevas; Renova Home Improvements; Renova Home Energy Solutions, Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprises on trademark-related claims brought under the Lanham Act. (Doc. 33.) Plaintiff also requested that the Court take judicial notice of documents filed with the United States Patent and Trademark Office and the California Secretary of State. (Doc. 33-2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On January 23, 2024, the assigned magistrate judge issued Findings and Recommendations, recommending that Plaintiff's requests for judicial notice be granted and the motion for default judgment be granted in part. (Doc. 35.) The Court served the Findings and Recommendations on the Plaintiff and provided notice that any objections were due within 14 days. (*Id*. at 14–15.) The Court advised that the "failure to file objections within the

1

specified time may result in the waiver of rights on appeal." (*Id*. at 15, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including the subject trademarks and all the evidence submitted by Plaintiff, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 23, 2024, (Doc. 35), are **ADOPTED IN FULL**.
2. Plaintiff's requests for judicial notice (Doc. 33-2) are **GRANTED**.
3. Plaintiff's motion for default judgment (Doc. 33) is **GRANTED**, in part, as specified below:
    a. Defendants are enjoined from using Plaintiff's registrations, specifically, U.S. Reg. No. 4955575 and U.S. Reg. No. 4166527.
    b. The Clerk of Court shall enter judgment in favor of Plaintiff Renova Energy Corp. against Defendants Salvador Cuevas; Renova Home Improvements; Renova Home Energy Solutions, Inc.; Renova Energy Efficiency, Inc.; and Renova Enterprises.
    c. Plaintiff is awarded attorneys' fees of $9,065 plus $402 in costs.
4. Plaintiff's motion for default judgment (Doc. 33) is **DENIED** in all other respects.
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 9, 2024**

UNITED STATES DISTRICT JUDGE